CLOSING

UNITED     STATES     DISTRICT
COURT FOR THE  DISTRICT OF
NEW JERSEY

|  |  |  |
|---|---|---|
| VELASQUEZ RAMIREZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action  No.2:26-cv-03656-MCA |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| MULLIN et al | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

Pursuant    to    Federal    Rule    of    Civil    Procedure    41(a)(1)(A)(i), Plaintiff hereby

voluntarily    dismisses    this    action    as    to    all    defendants    without    prejudice.

Defendant    has    neither   answered nor filed a motion for summary judgment.


Dated:  July 3, 2026                    Respectfully    Submitted:    _s/

                              By:    Patrick Caston Crowley, Esq.
                                     Sholla Law Firm
                                     150 Broadway, Suite 1300
                                     New York, NY 10038
                                     Email:pcrowley@shollalawfirm.com
                                     Counsel  for  Plaintiff



                                     SO ORDERED

                                       *s/Madeline Cox Arleo*
                                     MADELINE COX ARLEO, U.S.D.J.

                                     Date:  7/6/26